UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JASON M. WANDNER,  CASE NO.: 2014-CV-22011-JEM

    Plaintiff,

vs.

AMERICAN AIRLINES and
OFFICER LINDSAY DIAZ,

    Defendant(s).
_____/

**NOTICE OF HEARING**

PLEASE BE ADVISED that the following has been set for hearing on **Friday, August 15, 2014 at 4:00 p.m.,** before **The Magistrate Judge Jonathan Goodman, at 99 Northeast Fourth Street, Room #1168, Miami, Florida 33132:**

**PLAINTIFF'S OBJECTION TO THIRD PARTY SUBPOENA**

Plaintiff has objected to a Third Party Subpoena issued by Defendant, AMERICAN AIRLINES to multiple health care providers of Plaintiff for previous medical issues that are completely unrelated to any medical issue in this case. Numerous communications between counsels regarding the Objections have failed to resolve the issue.

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that a true and correct copy of the foregoing was furnished via E-mail this 6th day of August, 2014 to: GREGORY M. PALMER, ESQUIRE, Brickell City Tower, Suite 3000, 80 SW 8th Street, Miami, Florida 33130. (Email: gpalmer@rumberger.com), (E-mail: gpalmersecy@rumberger.com), MARTY FULGUEIRA ELFENBEIN, ESQUIRE (E-mail: melfenbein@rumberger.com) (E-mail: melfenbeinsecy@rumberger.com), and ERICA SUNNY SHULTZ ZARON, MIAMI-DADE COUNTY ATTORNEY'S OFFICE, 111 N.W. 1st Street, Suite 2810, Miami, Florida 33128. (E-mail: zaron@miamidade.gov).

Respectfully submitted,

JASON M. WANDNER, P.A.
*Counsel for Plaintiff*
7601 E. Treasure Drive, Suite 8
Miami Beach-(NBV), Florida 33141
Ph:  (305) 868-1655
Fax: (305) 868-1698
E-mail: jason@wandnerlaw.com

By: _____/s/_____
JASON M. WANDNER, ESQUIRE
Florida Bar No. 0114960