UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2014-Civ-22011-JEM

JASON M. WANDNER

Plaintiff,

vs.

AMERICAN AIRLINES and
OFFICER LINDSAY DIAZ

Defendant.

_____/

## NOTICE OF DISCOVERY HEARING

You are hereby notified that Defendant, American Airlines, Inc., will call up for hearing before Magistrate Judge Jonathan Goodman, one of the Magistrate Judges of the above-styled Court, at the James Lawrence King Federal Justice Building, located at 99 N.E. Fourth Street, Room 1168, Miami, Florida, 33132 on **August 15, 2014 at 4:00 p.m.,** or as soon thereafter as counsel can be heard, the following:

The parties dispute the discoverability of the questions asked in American Airlines' Interrogatory Numbers 2, 5, 8, 13, and 16 and dispute the discoverability of the documents requested in Request for Production Numbers 16, 28, and 32.

## CERTIFICATE OF CONFERENCE

On Monday, August 4, 2014, counsel for American Airlines emailed counsel for Plaintiff about various discovery matters including the disputed Interrogatories and Request for Production at issue in this notice. Plaintiff responded with his position on each issue on

Tuesday, August 5, 2014.  Although the parties resolved several discovery issues, the remaining issues set for hearing could not be resolved.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 6, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Jason M. Wandner, Esquire, Jason M. Wandner, P.A., at jason@wandnerlaw.com; and Erica Zaron, Esq., zaron@miamidade.gov.

*/s/ Marty Fulgueira Elfenbein*
GREGORY M. PALMER
Florida Bar No. 0784796
E-mail:  gpalmer@rumberger.com (primary)
docketingmiami@rumberger.com   and
gpalmersecy@rumberger.com (secondary)
MARTY FULGUEIRA ELFENBEIN
Florida Bar No. 0020891
E-mail:  melfenbein@rumberger.com (primary)
docketingmiami@rumberger.com   and
melfenbeinsecy@rumberger.com (secondary)
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell City Tower, Suite 3000
80 S.W. 8th Street
Miami, Florida  33130-3037
Telephone:  (305) 358-5577
Telecopier:  (305) 371-7580

Attorneys for American Airlines, Inc.